| # | Type | To/From | Timestamp | Status | Message | Integrity |
|---|------|---------|-----------|--------|---------|-----------|
| 498 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:18:32 AM(UTC-5) | Read | lol i cant believe im still up. Help me cum so i can go to bed ;) | Intact |
| 499 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:18:56 AM(UTC-5) | Sent | Babe I sent you like a lot to cum too lol | Intact |
| 500 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:19:33 AM(UTC-5) | Read | lol true | Intact |
| 501 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:19:51 AM(UTC-5) | Sent | ;) ;) | Intact |
| 502 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:23:46 AM(UTC-5) | Read | mmmm u wanna do something dirty | Intact |
| 503 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:24:16 AM(UTC-5) | Sent | Like what babe? | Intact |
| 504 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:24:43 AM(UTC-5) | Read | i meant *I wanna do something dirty lol | Intact |
| 505 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:25:14 AM(UTC-5) | Read | and i dont know. I'm just feeling horny and fucking nasty and i wanna do something dirty lol | Intact |
| 506 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:25:49 AM(UTC-5) | Sent | Hot babe :) u need to sleep tho lmao ur gonna be so tired | Intact |
| 507 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:26:29 AM(UTC-5) | Read | lol i know but i cant sleep when i get like this | Intact |
| 508 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:27:54 AM(UTC-5) | Sent | Lol me either I understand lol | Intact |
| 509 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:29:01 AM(UTC-5) | Read | (1/2)i just wanna do something dirty. Like instead of waking up danny for head i might just go jerk off into his mouth while hes asleep or | Intact |
| 510 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:29:03 AM(UTC-5) | Read | (2/2)something lol | Intact |
| 511 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:29:31 AM(UTC-5) | Sent | Hot babe do it :) jerk off and just cum on his back or stomach or something :) | Intact |
| 512 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:30:46 AM(UTC-5) | Read | or all over his face | Intact |
| 513 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:30:58 AM(UTC-5) | Sent | Do it. U going to? | Intact |
| 514 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:31:35 AM(UTC-5) | Read | yea | Intact |
| 515 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:32:16 AM(UTC-5) | Read | So have u ever taken any pics or vids of u with a kid? | Intact |
| 516 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:33:00 AM(UTC-5) | Sent | No dads don't usually like that. Too risky I guess | Intact |
| 517 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:33:15 AM(UTC-5) | Sent | Are u in there jerking off on him? | Intact |
| 518 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:33:21 AM(UTC-5) | Read | we need to change that | Intact |
| 519 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:33:37 AM(UTC-5) | Read | yea | Intact |
| 520 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:33:47 AM(UTC-5) | Sent | I know lol hot babe wish I could see that | Intact |
| 521 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:34:04 AM(UTC-5) | Sent | U need an iPhone so we can just FaceTime. It's Skype made for iPhone | Intact |
| 522 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:36:55 AM(UTC-5) | Sent | Fuck babe tell me when u cum | Intact |
| 523 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:38:05 AM(UTC-5) | Read | u got me so hot. if he didnt have school tomorrow i think i would just stick my dick up his ass right now lol | Intact |
| 524 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:38:30 AM(UTC-5) | Sent | Would u really?? | Intact |
| 525 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:39:02 AM(UTC-5) | Sent | If I stop responding at all it's bc my phone died lol | Intact |
| 526 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:39:26 AM(UTC-5) | Read | yeah. im so fucking horny right now | Intact |
| 527 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:40:04 AM(UTC-5) | Sent | Hot babe. Do it :) I wouldn't mind listening to that :) he is gonna whine some tho. Use a LOT of lube | Intact |
| 528 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:41:09 AM(UTC-5) | Read | shit im soooooo fucking tempted | Intact |
| 529 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:41:41 AM(UTC-5) | Sent | Do it but call me if u do | Intact |

| # | Folder | To/From | Timestamp | Status | Message | Integrity |
|---|---|---|---|---|---|---|
| 530 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:42:36 AM(UTC-5) | Read | lol ur such a bad influence on me | Intact |
| 531 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:43:35 AM(UTC-5) | Sent | U going to?? :) | Intact |
| 532 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:44:13 AM(UTC-5) | Read | if u tell me to i will. | Intact |
| 533 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:44:39 AM(UTC-5) | Sent | Do it | Intact |
| 534 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:45:14 AM(UTC-5) | Read | Fuck. I don't have any lube but i've got vaseline. | Intact |
| 535 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:45:33 AM(UTC-5) | Sent | Finger his hole a lol bit first. Vaseline will work. Call me when u start | Intact |
| 536 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:47:44 AM(UTC-5) | Read | fuck im about to rape my son | Intact |
| 537 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:48:08 AM(UTC-5) | Sent | Do it babe :) | Intact |
| 538 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:55:11 AM(UTC-5) | Sent | Go calm him Down then text me. | Intact |
| 539 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:56:36 AM(UTC-5) | Read | shit i cant believe i just did that | Intact |
| 540 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 3:57:10 AM(UTC-5) | Sent | Calm down your fine. He is fine. Just relax. It was just a big step. You ok? | Intact |
| 541 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 3:57:57 AM(UTC-5) | Read | i dunno haha | Intact |
| 542 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:04:12 AM(UTC-5) | Sent | Cuddle time :) | Intact |
| 543 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 4:04:43 AM(UTC-5) | Read | lol | Intact |
| 544 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:05:17 AM(UTC-5) | Sent | Well it is :) haha | Intact |
| 545 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 4:05:24 AM(UTC-5) | Read | fuck. and i can't believe u couldnt hear him. he was practically screaming. | Intact |
| 546 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:06:12 AM(UTC-5) | Sent | Show him my pic and ask him of he wants to meet daddy's friend lol I could hear him just at first I didn't think it was him bc I didn't know u were doing it that fast | Intact |
| 547 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:09:54 AM(UTC-5) | Sent | You ok babe? | Intact |
| 548 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 4:10:31 AM(UTC-5) | Read | fuck. and i can't believe u couldnt hear him. he was practically screaming. | Intact |
| 549 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 4:10:33 AM(UTC-5) | Read | i'm kind of ok | Intact |
| 550 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:11:23 AM(UTC-5) | Sent | Babe your fine I promise :) he going back to sleep yet? | Intact |
| 551 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 4:11:58 AM(UTC-5) | Read | not yet. he's shaken up. lol he just got raped | Intact |
| 552 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:13:09 AM(UTC-5) | Sent | Yea but don't sound so negative about it. He is ok. He just wasn't ready for it lol he was practically still asleep when u shoved ur cock in him. It felt amazing tho didn't it? I told you it would baby :) | Intact |
| 553 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:16:48 AM(UTC-5) | Sent | Call me back if u want babe. We can talk if u want. About anything. | Intact |
| 554 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:17:45 AM(UTC-5) | Sent | Say something babe so I know ur ok lol | Intact |
| 555 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 4:18:17 AM(UTC-5) | Read | lol i think i just need to try to get both of us to sleep | Intact |
| 556 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:18:41 AM(UTC-5) | Sent | Ok babe I understand. Text me in the morning | Intact |
| 557 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 4:18:44 AM(UTC-5) | Read | Was it at least hot for you? lol | Intact |
| 558 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:19:26 AM(UTC-5) | Sent | Yes and u will think so too when u get horny again. U will so glad u did it once you calm down and accept it. You just made your ultimate fantasy a reality baby | Intact |
| 559 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:20:15 AM(UTC-5) | Sent | You can't tell me honestly that it was t the most amazing feeling ever when you were in the middle of doing it. I know how it feels :) I felt guilty my first couple times too | Intact |



| # | Type | From/To | Timestamp | Status | Message | Intact |
|---|---|---|---|---|---|---|
| 560 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:22:31 AM(UTC-5) | Sent | Get some sleep. I promise you won't regret it babe. Just get some rest | Intact |
| 561 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:24:01 AM(UTC-5) | Sent | Do you hate me now? | Intact |
| 562 | Inbox | To: +14193031757 From: +16464708298 Cody NYC | 1/28/2013 4:29:00 AM(UTC-5) | Read | no | Intact |
| 563 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:29:10 AM(UTC-5) | Sent | Promise?? | Intact |
| 564 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 12:30:38 PM(UTC-5) | Sent | Hey what's up babe? U ok? | Intact |
| 565 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 2:38:12 PM(UTC-5) | Sent | Babe please say something :/ I know your prob a little freaked out and stuff but everything is fine. If u don't want to talk or something tho let me know bc I have been thinking about you all day | Intact |
| 566 | Inbox | To: +14193031757 From: +16464708298 Cody NYC | 1/28/2013 4:02:41 PM(UTC-5) | Read | Hey sorry. | Intact |
| 567 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:02:50 PM(UTC-5) | Sent | What's up baby | Intact |
| 568 | Inbox | To: +14193031757 From: +16464708298 Cody NYC | 1/28/2013 4:04:00 PM(UTC-5) | Read | nm. so tired today. | Intact |
| 569 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:04:22 PM(UTC-5) | Sent | U ok babe, | Intact |
| 570 | Inbox | To: +14193031757 From: +16464708298 Cody NYC | 1/28/2013 4:04:57 PM(UTC-5) | Read | Getting there | Intact |
| 571 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:06:07 PM(UTC-5) | Sent | Lol do u want me to call you in a bit? I'm shampooing the car out | Intact |
| 572 | Inbox | To: +14193031757 From: +16464708298 Cody NYC | 1/28/2013 4:08:07 PM(UTC-5) | Read | lol u can. im gonna try to take a short nap with danny in a little bit. | Intact |
| 573 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:08:29 PM(UTC-5) | Sent | Well I can call you in like 10 mins :) | Intact |
| 574 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:15:14 PM(UTC-5) | Sent | Yes? No? Lol | Intact |
| 575 | Inbox | To: +14193031757 From: +16464708298 Cody NYC | 1/28/2013 4:20:17 PM(UTC-5) | Read | How about a little later? | Intact |
| 576 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:26:20 PM(UTC-5) | Sent | Ok no problem :) | Intact |
| 577 | Inbox | To: +14193031757 From: +16464708298 Cody NYC | 1/28/2013 4:29:01 PM(UTC-5) | Read | And dont worry i'll be ok eventually. just freaked. he needed to get fucked eventually but i did it way too fast and way too rough. | Intact |
| 578 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:31:10 PM(UTC-5) | Sent | Babe it's ok really. I promise. He isn't hurt and in a day or 2 he isn't going to remember it. Kids don't have a lot of experience to relate to stuff like that so nothing really triggers the memory. I hope u aren't mad at me | Intact |
| 579 | Inbox | To: +14193031757 From: +16464708298 Cody NYC | 1/28/2013 4:32:12 PM(UTC-5) | Read | He's still shaken up about it. i didnt even ease in, i just shoved the whole thing into him in one thrust. | Intact |
| 580 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:33:24 PM(UTC-5) | Sent | You go all the way in like balls deep? | Intact |
| 581 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:34:19 PM(UTC-5) | Sent | I know it was fast and wild and scary but everything is fine babe :) I promise. Seen this stuff for awhile | Intact |
| 582 | Inbox | To: +14193031757 From: +16464708298 Cody NYC | 1/28/2013 4:34:24 PM(UTC-5) | Read | yea completely | Intact |
| 583 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:35:29 PM(UTC-5) | Sent | Ok. We Rene we he wasn't awake yet or anything either so he was scared and he had no idea it was you right away. He got scared and was looking for something familiar | Intact |
| 584 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:38:22 PM(UTC-5) | Sent | Are u mad at me for encouraging it? | Intact |
| 585 | Inbox | To: +14193031757 From: +16464708298 Cody NYC | 1/28/2013 4:39:00 PM(UTC-5) | Read | no | Intact |
| 586 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:39:12 PM(UTC-5) | Sent | Promise? :) | Intact |
| 587 | Inbox | To: +14193031757 From: +16464708298 Cody NYC | 1/28/2013 4:39:33 PM(UTC-5) | Read | yeah | Intact |
| 588 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:39:58 PM(UTC-5) | Sent | Ok. Do u still like me? | Intact |
| 589 | Inbox | To: +14193031757 From: +16464708298 Cody NYC | 1/28/2013 4:41:05 PM(UTC-5) | Read | lol yea | Intact |
| 590 | Sent | From: +14193031757 To: +16464708298 Cody NYC | 1/28/2013 4:41:38 PM(UTC-5) | Sent | Okay babe :) well I do want us to chat tonight if your ok with that :) | Intact |

| # | Type | To/From | Timestamp | Status | Message | Condition |
|---|---|---|---|---|---|---|
| 591 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 4:43:09 PM(UTC-5) | Read | yea. so obviously im pretty shaken up and freaked out about what happened, but was it at least hot for you? | Intact |
| 592 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:44:03 PM(UTC-5) | Sent | Yes it was hot except that fact that I feel like its kinda my fault that you are so unsettled. If I knew you loved it I would have stopped jerking off today to get out of bed lol | Intact |
| 593 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 4:45:36 PM(UTC-5) | Read | im sure i'll get over it. have u ever freaked out? how many kids have you fucked? | Intact |
| 594 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:46:52 PM(UTC-5) | Sent | Yes. 2 kids that were 8 and I was freaking out feeling guilty and hating myself the first 2 times. But to watch another hot guy like you babe pleasing his clock inside a young taboo hole is just indescribable | Intact |
| 595 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 4:49:43 PM(UTC-5) | Read | (1/2)it's just that it was my son that freaks me out. if it had just been some other kid im sure i would have been much rougher and not even | Intact |
| 596 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 4:49:43 PM(UTC-5) | Read | (2/2)cared | Intact |
| 597 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:52:03 PM(UTC-5) | Sent | That's hot babe. You were that rough with him babe. I could tell if u were being super rough and I would have told you to slow down. Of course he screamed. It wasn't comfortable and he didn't know what was going on. But you can't tell me that in that moment him crying and u slide in and out of him was not the most amazing feeling ever!! You were so turned on you couldn't hardly speak babe :) | Intact |
| 598 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 4:56:14 PM(UTC-5) | Read | Oh absolutely. it was the best feeling i've ever felt. | Intact |
| 599 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 4:58:37 PM(UTC-5) | Sent | So u wanna rape another one with me? I'm so fucking into you it's unreal. I seriously have never met anybody that makes me feel like you do. Omg. I have thought about you nonstop today | Intact |
| 600 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 5:00:09 PM(UTC-5) | Read | yes i would like that | Intact |
| 601 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 5:02:42 PM(UTC-5) | Sent | Babe ur getting me hard at work lol | Intact |
| 602 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 5:05:00 PM(UTC-5) | Read | i really wanna do it again but with a kid who isnt mine. just someone i can go totally wild with and just completely ruin their little hole | Intact |
| 603 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 5:10:34 PM(UTC-5) | Sent | So fucking hot babe :) we can fuck Danny together but be a little more gentle lol | Intact |
| 604 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 5:11:48 PM(UTC-5) | Read | Yeah. I really dont want to hurt him | Intact |
| 605 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 5:12:33 PM(UTC-5) | Sent | We won't baby. I tried to tell you to start slow last night but I think ur hormones got ahold of u lol | Intact |
| 606 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 5:13:23 PM(UTC-5) | Read | Yeah. i just went wild. | Intact |
| 607 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 5:18:47 PM(UTC-5) | Sent | Lol did u start slow or did u just lube up hold him down and go for it? | Intact |
| 608 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 5:21:15 PM(UTC-5) | Read | no i just smeard a bunch of vaseline on and held him down with one arm and just fucked him hard | Intact |
| 609 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 5:23:06 PM(UTC-5) | Sent | How did u get inside him so easily? Lol usually it takes 2 hands and some work lol | Intact |
| 610 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 5:25:03 PM(UTC-5) | Read | i wasnt careful at all. i just shoved it in. | Intact |
| 611 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 5:25:35 PM(UTC-5) | Sent | Lol it happens baby. No big deal. Just learn and I will help u next time | Intact |
| 612 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 5:26:04 PM(UTC-5) | Read | what was ur first experience like? was it hard? did he cry? | Intact |
| 613 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 5:31:08 PM(UTC-5) | Sent | No his dad already had him broke in but I was a lol rough cuz dad said too :) he cried then I pissed in him haha | Intact |
| 614 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 5:32:56 PM(UTC-5) | Read | haha thats awesome. did his dad watch? | Intact |
| 615 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 5:37:25 PM(UTC-5) | Sent | Yep :) | Intact |
| 616 | Inbox | To: +14193031757<br>From: +16464708298 Cody NYC | 1/28/2013 5:38:20 PM(UTC-5) | Read | thats pretty awesome. cute kid? | Intact |
| 617 | Sent | From: +14193031757<br>To: +16464708298 Cody NYC | 1/28/2013 5:45:22 PM(UTC-5) | Sent | Not as cute as MY boys :P you guys are wayyyyyyy wayyyyyy wayyyyy more attractive!! And I'm way more into you plus the dad was like 36 which is a little older than I want to date!!! | Intact |